# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **EILEEN M. BRESNAHAN,** Defendant. | PO-23-05014-BLG-TJC **ORDER** Violation No. W0875681 Location Code:  MTBJ |

Based on motion of the United States and for good cause shown,

IT IS ORDERED that the motion to dismiss (Doc. 3), with prejudice, Violation Notice W0875681 is GRANTED.  This matter is dismissed, with prejudice, as fully adjudicated.

DATED this 15th day of May, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge